Ara Sahelian, Esq., [CBN 169257]
SAHELIAN LAW OFFICES
25108 Marguerite pkwy, Ste A
Mission Viejo, CA  92692
949. 859. 9200
e-mail: contact@sahelianlaw.com
Attorneys for Matthew Miersch dba Napahomes.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Courthouse

Andres Gomez,

      Plaintiff,

      vs.

Matthew Paul Miersch dba

Napahomes.Com,

      Defendant.

CASE NO.: 3:21cv8936

The Honorable Charles R. Breyer

**NOTICE OF MOTION TO DISMISS**

Hearing Date: 4/22/22
Time: 10:00 AM

**TO THIS COURT AND ALL ATTORNEYS OF RECORD:**

PLEASE TAKE NOTE that on Friday, April 22, 2022 at 10:00 AM or as soon thereafter as the matter may be heard at the U.S. District Court, Northern District of California, San Francisco Courthouse, Courtroom 6 – 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, Defendant Matthew Miersch dba Napahomes.com will and hereby move the Court for dismissal of the action.

This Motion is further made upon this notice of application, the memorandum of points and authorities, the pleadings, files and records in this action, and on other such oral and documentary evidence as may be present at the hearing on this application in the above-titled action.

Respectfully submitted:

Date: 3/21/2022

SAHELIAN LAW OFFICES

Ara Sahelian, Esq.