Ara Sahelian, Esq., [CBN 169257]
SAHELIAN LAW OFFICES
25108 Marguerite pkwy, Ste A
Mission Viejo, CA  92692
949. 859. 9200
e-mail: contact@sahelianlaw.com

Attorneys for Matthew Miersch dba Napahomes.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## San Francisco Courthouse

| | |
|---|---|
| Andres Gomez,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>Matthew Paul Miersch dba Napahomes.Com,<br><br>　　　Defendant. | CASE NO.: 3:21cv8936<br><br>The Honorable Charles R. Breyer<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO DISMISS**<br><br>Hearing Date: 4/22/22<br>Time: 10:00 AM |

---

**DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO DISMISS - Page 1 -**

## DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO DISMISS

I, Ara Sahelian, Esq., hereby declare and state as follows:

1. I am an attorney licensed to practice law before all the Courts of the State of California. I personally know the facts stated herein. If called upon to testify, I could and would competently testify to those facts and related facts that I rely upon to establish personal knowledge of the substantive facts asserted below:

2. I represent Matthew Miersch dba Napahomes.com, in the within action.

3. **Conference with opposing counsel:** 2. I represent Matthew Miersch dba Napahomes.com, in the within action.

3. Conference with opposing counsel: Counsel have met and conferred over these issues, and are at an impasse.

4. Plaintiff Andres Gomez ("Gomez") has filed a series of complaints against real estate agent/brokers operating in Napa. The complaints are carbon copies of each other. They each allege, in essence, that he was unable to navigate their websites and was, as a result, prevented from using their services. They are:

Matter: Gomez v. Buresh, Case Number: 4:21-cv-08138-KAW, United States District Court, Central District of California, The Honorable Kandis A. Westmore

**Matter: Gomez v. Gates Estates, Inc., Case Number: 3:21-cv-07147-SK, U.S. District Court California Northern District (San**

Francisco), The Honorable William Alsup

Matter: Gomez v. Lesti Real Estate, Inc., Case Number: 3:21-cv-09554-TSH, U.S. District Court, California Northern District (San Francisco), The Honorable Thomas S. Hixson

Matter: Gomez v. Magliocco Group Inc., Case Number: 3:21-cv-07148-JCS, United States District Court, Northern District of California, The Honorable Vince Chhabria

Matter: Gomez v. Naimo, Case Number: 4:21-cv-07328-SBA, United States District Court for the Northern District of California (Oakland), The Honorable Saundra Brown Armstrong

**Matter: Gomez v. Smith, Case Number: 3:21-cv-07154-JCS, U.S. District Court, Northern District of California (San Francisco), The Honorable Richard Seeborg**

Matter: Gomez v. Sperow, Case Number: 4:21-cv-07852-YGR, United States District Court for the Northern District of California (Oakland), The Honorable Yvonne Gonzalez Rogers

The complaints further allege that Gomez was a prospective customer who wished to access a defendant's goods and services, and that plaintiff has been deterred from revisiting the website due to its inaccessibility. The bolded cases have been dismissed for lack of standing.

5. I deposed Mr. Gomez in an unrelated case, *Gomez v. Aslan*, Case Number: 21STCV17753, Superior Court of California, County of Los Angeles, The Honorable Gregory Alarcon.

6. I learned that Mr. Gomez could not possibly qualify for a loan to purchase property in Napa, as he testified that he had been unemployed for a decade or more. See Ex. A, Plaintiff's deposition testimony, p 26. line 3-12.

7. Mr. Gomez also testified that he is domiciled in Florida. See Plaintiff's deposition testimony, p.5, lines 9-12; p.30, lines 1-12; p 53, lines 2-7.

I declare under penalty of perjury under the laws of the State of California, and the United States of America, that the foregoing is true and correct.

    Respectfully submitted:
    Date: 3/21/2022

SAHELIAN LAW OFFICES

_____
Ara Sahelian, Esq.