1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**San Francisco Courthouse**

Andres Gomez,
       Plaintiff,
       vs.
Matthew Paul Miersch dba Napahomes.Com,
       Defendant.

CASE NO.: 3:21cv8936

The Honorable Charles R. Breyer

**[PROPOSED] ORDER ON MOTION TO DISMISS**

Hearing Date: 4/22/22
Time: 10:00 AM

**[PROPOSED] ORDER ON
MOTION TO DISMISS [FRCP 12(b)1]**

The Motion to Dismiss filed by Defendant Matthew Miersch dba Napahomes.com in this matter came on regularly for hearing before this Court.

Having considered the moving and opposition papers, arguments, and all other matter presented to this Court, IT IS HEREBY ORDERED that the Defendant's Motion to Dismiss is GRANTED / DENIED, and the Complaint is hereby DISMISSED [with][without] prejudice.

IT IS SO ORDERED

Dated: _____

_____
Hon. Charles R. Breyer
District Judge