IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br>          Plaintiff,<br>   v.<br>MATTHEW PAUL MIERSCH,<br>          Defendant. | Case No. 21-cv-08936-CRB<br><br>**ORDER DISMISSING WITH PREJUDICE** |

    Plaintiff Andres Gomez, a resident of Florida who is legally blind, alleged that Defendant Matthew Paul Miersch violated the Americans with Disabilities Act (ADA) because his website Napahomes.Com, a website that advertises real estate in Northern California, is not accessible to the visually impaired. Miersch moved to dismiss for lack of jurisdiction. Mot. (dkt. 15-1). On April 28, 2022, the Court granted the motion, finding that Gomez lacked standing for his federal claim. See Order Granting MTD (dkt. 21). The Court explained that Gomez "ha[d] not specifically pleaded that there [was] a physical place of accommodation associated with Napahomes.Com that he intended to visit, nor ha[d] he pleaded that the website prevented him from visiting that location." Id. at 4. The Court held that Gomez lacked cognizable injury-in-fact for his ADA website accessibility claim, which requires a "nexus" between the alleged barriers and a physical place of public accommodation. Robles v. Domino's Pizza, LLC, 913 F.3d 898, 905 (9th Cir. 2019).

    The Court granted leave to amend. However, the Court noted that "serious questions have been raised about the veracity of jurisdictional allegations in complaints filed by this law firm." Order Granting MTD at 4-5 (citing Complaint, People of the State of California v. Potter Handy LLP, No. CGC-22-599079 (Cal. Super. Ct. 2022), 2022 WL

1102496). The Court therefore ordered that any amended complaint be accompanied by declarations by Gomez and Gomez's counsel, sworn under penalty of perjury, to substantiate the allegations in the amended complaint. On May 19, Gomez filed a statement that he "stands by his Complaint as pleaded and does not intend to file an amended Complaint." Statement (dkt. 23). Accordingly, the Court now DISMISSES with prejudice.

**IT IS SO ORDERED.**

Dated: May 24, 2022



CHARLES R. BREYER
United States District Judge