IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRES GOMEZ,

    Plaintiff,

v.

MATTHEW PAUL MIERSCH,

    Defendant.

Case No. 21-cv-08936-CRB

**JUDGMENT**

    Because Plaintiff Andrew Gomez has not filed an amended complaint to cure the deficiencies noted in the Court's first order, the Court dismissed this case with prejudice. See Order Granting MTD (dkt. 24). The Court hereby enters judgment for Defendant Matthew Paul Miersch and against Plaintiff.

    **IT IS SO ORDERED.**

    Dated: May 24, 2022

CHARLES R. BREYER
United States District Judge